BRADFIELD *et al. v.* ATLANTA, BIRMINGHAM & ATLANTIC RAILWAY

COMPANY *et al.*

LUMPKIN, J.  Under the conflicting allegations of the pleadings of the respective parties, and the conflicting evidence introduced in support thereof, there was no abuse of discretion in refusing to grant an interlocutory injunction in this case.

*Judgment affirmed. All the Justices concur.*

Argued February 4,—Decided May 13, 1908.

Petition for injunction.  Before Judge Freeman.  Troup superior court.  May 22, 1907.

*F. M. Longley, A. H. Thompson,* and *H. A. Hall,* for plaintiffs.

*Rosser & Brandon, Hatton Lovejoy,* and *E. R. Bradfield Jr.,* for defendants.